IN THE UNITED STATES DISTRICT COURT
OR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:07CR117 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| ROBERT DIXON, | ) ) ) | |
| Defendant. | ) | |

Following a hearing held on April 27, 2010, the defendant's Motion to Review Order of Detention [77] is granted. Accordingly,

IT IS ORDERED:

1. On **Wednesday, May 5, 2010,** the defendant is to be released to CH, Inc., Council Bluffs, Iowa, to participate in a community confinement program, in the community corrections component with work release for a period of 120 days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. 3563(b)(11)

2. Final Disposition Hearing in this matter is continued to **Friday, September 17, 2010 at 1:00 p.m.**

3. The defendant will abide by all the terms and conditions of his supervised release previously imposed..

DATED this 4th day of May, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE